**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KAREN M. SIMS, as Administratrix for the                                         PLAINTIFF
Estate of Sidney B. Sims, Deceased

v.                                     NO. 4:11CV00583 JLH

DIXIE RESTAURANTS, INC.                                                           DEFENDANT

## ORDER

The plaintiff's motion for permission to file certain medical records under seal is GRANTED. Document #17. The plaintiff will be permitted to file under seal the UAMS medical records for both Sidney Sims and Karen Sims.

IT IS SO ORDERED this 16th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE